**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

NIXER ENRIQUE CENTENO ZAPATA,
JOSE SANTOS CRUZ BETANCA RIVAS, and
HERMES FABRICO PAZ BETANCO,
by and through their next friend
KYLE SLONE,

Petitioners,

v. CIVIL ACTION NO. 3:26-0667

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is Petitioners' Unopposed Motion to Revise Briefing Schedule and Continue Show Cause Hearing. ECF No. 9. Petitioners move to extend the briefing schedule and continue the Show Cause Hearing in this matter as to Petitioner **Jose Santos Cruz Betanca Rivas** only. Counsel requires additional time to investigate the matter, conduct additional research, advise Petitioner regarding his options, and potentially file an amended petition. Respondents do not oppose the motion. Accordingly, this Motion is **GRANTED**.

In lieu of the previously ordered deadlines, **IT IS HEREBY ORDERED** that:

1. Petitioners shall dismiss the matter or file an Amended Petition as to Petitioner **Jose Santos Cruz Betanca Rivas** by **Friday, October 23, 2026, at 5:00 PM**.
2. Respondents **SHALL** file a written response to **SHOW CAUSE** as to Petitioner **Jose Santos Cruz Betanca Rivas** by **5:00 PM on Tuesday, October 27, 2026**. The response shall indicate whether Respondents have a good faith basis to assert that they will present arguments in this case that have not previously been considered and rejected by this Court.
3. Petitioners shall have an opportunity to file a reply as to Petitioner **Jose Santos Cruz Betanca Rivas** no later than **Wednesday, October 28, 2026, at 5:00 PM.**
4. The Show Cause Hearing, scheduled for **Thursday, October 22, 2026, at 3:30 PM**, shall be **CONTINUED** as to Petitioner **Jose Santos Cruz Betanca Rivas** only.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: October 21, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE