**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

NIXER ENRIQUE CENTENO ZAPATA,
JOSE SANTOS CRUZ BETANCA RIVAS, and
HERMES FABRICO PAZ BETANCO,
by and through their next friend,
KYLE SLONE,

Petitioners,

v. CIVIL ACTION NO. 3:26-0667

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners, by and through their next friend, Kyle Slone. ECF No. 1. The Court finds that Respondents have failed to meet their burden of demonstrating that Petitioners received an individualized custody determination consistent with 8 U.S.C. § 1226(a). Accordingly, the Petition, ECF No. 1, is **GRANTED** as to Petitioners **Nixer Enrique Centeno Zapata** and **Hermes Fabricio Paz**

**Betanco** only; and Respondents' Motion to Dismiss, ECF No. 7, is **DENIED** as to Petitioners **Nixer Enrique Centeno Zapata** and **Hermes Fabricio Paz Betanco** only. A memorandum opinion will shortly follow.

Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioners **Nixer Enrique Centeno Zapata** and **Hermes Fabricio Paz Betanco**, upon their arrival to the Federal Courthouse in Huntington, WV, **Today, October 22, 2026**. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioners' detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioners' liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Hearing previously scheduled for Today, October 22, 2026, is **CANCELED**, and the Court's prior Order directing the production of agents, ECF No. 15, is **SUSPENDED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 22, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE